**ORDERED.**

**Dated: November 17, 2009**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25014/0004413829

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 4:09-bk-24755-EWH |
| Joel Zachary Freeland and Dena Sue Freeland<br>Debtors. | Chapter 7 |
| National City Mortgage, a division of National City Bank<br>        Movant,<br>vs. | ORDER<br><br>(Related to Docket #11) |
| Joel Zachary Freeland and Dena Sue Freeland, Debtors, Trudy Nowak, Trustee.<br>        Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

| | |
|---|---|
| 1 | by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real |
| 2 | property which is further described as: |
| 3 | Lots 9 and 10, Block 11, WADE'S ADDITION to the Town of Lake City, according to the official plat thereof on file and of record in the office of the Hinsdale County Clerk and Recorder; |
| 4 | |
| 5 | TOGETHER WITH those lands, being the former river bed of the Lake Fork of the Gunnison River, necessary to make said Lots 9 and 10, inclusive, whole lots of approximately 25 feet by 125 feet, according to the Quiet Title Decree recorded June 30,1981 in Book 116 at page 394 of the Hinsdale County Records; |
| 6 | |
| 7 | TOGETHER WITH an access easement over the 36 foot portion of vacated Henson Street immediately joining the east line of Block 11, Wade's Addition, which runs from Vine Street southward for a distance of 300 feet, |
| 8 | |
| 9 | County of Hinsdale, State of Colorado. |
| 10 | |
| 11 | IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert. |
| 12 | |
| 13 | DATED this ____ day of _____, 2009. |
| 14 | |
| 15 | |
| 16 | _____ JUDGE OF THE U.S. BANKRUPTCY COURT |